

## NUMBER 13-16-00629-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

---

**THERESA DELGADO-GARCIA,**                                           **Appellant,**

**v.**

**MAX MONEY ENTERPRISES, INC.,**
**DBA EZMAX LOANS,**                                          **Appellee.**

---

**On appeal from the County Court**
**of De Witt County, Texas.**

---

## MEMORANDUM OPINION

**Before Justices Rodriguez, Contreras,[1] and Longoria**
**Memorandum Opinion Per Curiam**

The appellant's brief in the above cause was due on December 29, 2016. On

January 4, 2017, the Clerk of the Court notified appellant that the brief had not been timely

---

[1] Justice Dori Contreras, formerly Dori Contreras Garza. *See* TEX. FAM. CODE ANN. § 45.101 et seq. (West, Westlaw through 2015 R.S.).

filed and that the appeal was subject to dismissal for want of prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless within ten days from the date of receipt of this letter, appellant reasonably explained the failure and the appellee was not significantly injured by the appellant's failure to timely file a brief. To date, no response has been received from appellant. Appellee has filed a motion to dismiss the appeal.

Appellant has failed to either reasonably explain the failure to file a brief, file a motion for extension of time to file the brief, or file the brief. Accordingly, appellee's motion to dismiss is GRANTED and the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 38.8(a), 42.3(b), (c).

PER CURIAM

Delivered and filed the
2nd day of February, 2017.